FILED

2016 DEC -6 PM 2:22

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| Kerry Bell | CIVIL RIGHTS COMPLAINT |
| 150 The Ranch Rd. | 42 U.S.C. 1983 AND 1985 |
| Del Valle, Texas 78617 | |
| PLAINTIFF | **A16CV1275 LY** |
| Vs | CIVIL NO. _____ |

Linda Harmon

211 Jackson St.

BASTROP TEXAS

78602-3841

COUNTY OF BASTROP

P.O. BOX 577

BASTROP, TEXAS 78602

DEFENDANTS

## Parties

Kerry Bell is plaintiff and resides at 150 The Ranch Rd. Del Valle Texas 78617

Linda Harmon is Defendant and resides in or workes in Bastrop, 211 Jackson St. Bastrop Texas 78602-3841.

COUNTY OF Bastrop is Defendant and resides in BASTROP Texas at P.O. Box 577 Bastrop Texas 78602

## CAUSE OF ACTION

I allege that my constitution rights, privileges or immunities have been violated and that the following facts form the basis for my allegation.

I owned a personal property at 168 Mc Dowell In the city of Del Valle, Texas In Bastrop county, my property is personal and not commercial, all I do there is sleep eat and poop that's all.

Count1. On September 3rd 2014 or there abouts I was Denied Due Process of Law. My Personal Property was seized by the Linda Harmon, County of Bastrop without a warrant and was set for sale at a Tax auction without a warrant and without my consent, against the Constitution of Texas and the Constitution of The United States Constitution. My personal property is exempt from Property Taxes. There is no commercial activity going on at my home.

count 2. EXTORTION

Linda Harmon saw to it that my Personal Property was taken from me and was placed for sale to the public without my consent. Linda Harmon did this to force me to pay a Property Tax which is a illegal tax.

Name of first DEFENDANT Linda Harmon is a citizen of Bastrop, Texas and is employed as Tax Assessor for Bastrop County, she was acting under the authority or color of State Law at the time these claims occurred, she presided over the administration that conducted the taken of my personal property.

On September 3rd,2014 or there about Name of second DEFENDANT COUNTY OF BASTROP is a citizen of Bastrop -Texas and is employed as a charter of cooperation as Bastrop Texas and he was acting under the authority or color of State Law at the time these claims occurred, Bastrop Texas acting under color of the Law in giving the Plaintiff a Notice of Lien without my consent and without a warrant is not in accordance with State Law.

Plaintiff request trail by jury.

## INJURY

Plaintiff is injured by Linda Harmon and Bastrop County by walking over Article 8 Sec. 1 (d) STATE and Chapter 7 Exempt Property FEDERAL Constitutions Rights of the Plaintiff. The actions of the Defendants have caused inury to my credit causing the plaintiff to pay higher interest rate on products and services, they have also cause inury to me by placng a lien on my personal property which prohibits me from selling the property, the lien caused my property to fall out of sale and I was not able to sale my property.

## REQUEST FOR RELIEF

I believe that I am entitled to the following relief

Three Million Dollars in Federal Reserve Notes

Return of Plaintiff property or the market value thereof. For the damage done by defendants having caused inury to my credit causing the plaintiff to pay higher interest rate on products and services and by placing a lien on my personal property without my consent which caused the sell of my property to fall out of sale.

*Kerry Bell*

Kerry Bell

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the Plaintiff in the above action, that he has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. Stat 1746; 18 U.S.C. Stat 1621.

Executed at Del Valle, Texas on __12-5__ 2016

__Kerry Bell__ Signature

135 THE RANCH Rd. DEL VALLE, TX 78617

12-5-2016

*Sandra I. Coupe*
SANDRA I. COUPE
Notary Public, State of Texas
My Commission Expires
December 22, 2018